UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENT ELLIOTT WHITE,<br><br>        *Plaintiff*,<br><br>vs.<br><br>MEGADETH, INC., 5B ARTISTS + MEDIA, DAVE MUSTAINE, UNIVERSAL MUSIC GROUP, INC., JOHN DOE 1-5, DOE CORPORATIONS 1-5,<br><br>        *Defendants*. | Case No.: 1:23-CV-00861<br><br>**JOINT NOTICE OF SETTLEMENT** |

      Plaintiff Brent Elliott White, and defendants Megadeth, Inc., 5B Artists + Media, Dave Mustaine, and Universal Music Group, Inc., submit this Joint Notice to advise the Court that the parties have reached an agreement in principle for the resolution of this action, in its entirety. The parties anticipate filing a stipulation for the dismissal of this action with prejudice within thirty (30) days hereof, and respectfully request that the Court hold in abeyance all current deadlines in this action pending the filing of said stipulation for dismissal.

[remainder of page intentionally left blank]

Dated: May 11, 2023
         New York, New York

| | |
|---|---|
| **KIBLER FOWLER & CAVE LLP** | **REED SMITH LLP** |
| _____/s/ Michael S. Carnevale_____ | _____/s/ Jordan W. Siev_____ |
| Michael S. Carnevale | Jordan W. Siev |
| 500 Fifth Avenue, 12th Floor | John P. Kennedy |
| New York, NY 10110 | 599 Lexington Avenue, 22nd Floor |
| (917) 909-6350 | New York, NY 10022 |
| Email: mcarnevale@kfc.law | (212) 521-5400 |
| | Email: jsiev@reedsmith.com |
| Matthew J. Cave (*pro hac vice* forthcoming) | Email: jkennedy@reedsmith.com |
| 11100 Santa Monica Blvd., Suite 360 | |
| Los Angeles, CA | *Attorneys for Defendants Megadeth, Inc. and Dave Mustaine* |
| (310) 409-0400 | |
| Email: mcave@kfc.law | |
| | |
| **KOVEL LAW PLLC** | **UMG RECORDINGS, INC.** |
| Daniel H. Kovel | _____/s/ Nicholas J. Tardif_____ |
| 14 E. 96th Street, #3 | Nicholas J. Tardif |
| New York, New York 10128 | 250 W. 57th Street |
| (646) 397-1729 | New York, NY 10107 |
| Email: dkovel@kovel-law.com | (212) 331-2235 |
| | Email: Nicholas.tardif@umusic.com |
| *Attorneys for Plaintiff Brent Elliott White* | |
| | *In-house Counsel for Defendant Universal Music Group, Inc.* |
| | |
| | **MCPHERSON LLP** |
| | _____/s/ Edwin F. McPherson_____ |
| | Edwin F. McPherson |
| | 1900 Avenue of the Stars, 25th Floor |
| | Los Angeles, CA 90067 |
| | (310) 553-8833 |
| | Email: emcpherson@mcpherson-llp.com |
| | |
| | *Attorney for Defendant 5B Artists + Media* |