UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENT ELLIOTT WHITE,<br><br>          *Plaintiff*,<br><br>vs.<br><br>MEGADETH, INC., 5B ARTISTS + MEDIA, DAVE MUSTAINE, UNIVERSAL MUSIC GROUP, INC., JOHN DOE 1-5, DOE CORPORATIONS 1-5,<br><br>          *Defendants*. | Case No.: 1:23-CV-00861<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Brent Elliott White ("Plaintiff"), and defendants Megadeth, Inc., 5B Artists + Media, Dave Mustaine, and Universal Music Group, Inc. ("Defendants"), through their respective attorneys of record, stipulate to the entry of the accompanying Order dismissing this action, in its entirety, with prejudice as to all named defendants, and with Plaintiff, on the one hand, and Defendants, on the other hand, to bear their respective attorneys' fees and costs.

*[signature]*

7.6.2023

[remainder of page intentionally left blank]

1

Dated: July 5, 2023
New York, New York

**KIBLER FOWLER & CAVE LLP**

_/s/ Michael S. Carnevale_
Michael S. Carnevale
500 Fifth Avenue, 12th Floor
New York, NY 10110
(917) 909-6350
Email: mcarnevale@kfc.law

Matthew J. Cave (*pro hac vice* forthcoming)
11100 Santa Monica Blvd., Suite 360
Los Angeles, CA
(310) 409-0400
Email: mcave@kfc.law

**KOVEL LAW PLLC**

Daniel H. Kovel
14 E. 96th Street, #3
New York, New York 10128
(646) 397-1729
Email: dkovel@kovel-law.com

*Attorneys for Plaintiff Brent Elliott White*

**REED SMITH LLP**

_/s/ Jordan W. Siev_
Jordan W. Siev
John P. Kennedy
599 Lexington Avenue, 22nd Floor
New York, NY 10022
(212) 521-5400
Email: jsiev@reedsmith.com
Email: jkennedy@reedsmith.com

*Attorneys for Defendants Megadeth, Inc. and Dave Mustaine*

**UMG RECORDINGS, INC.**

_/s/ Nicholas J. Tardif_
Nicholas J. Tardif
250 W. 57th Street
New York, NY 10107
(212) 331-2235
Email: Nicholas.tardif@umusic.com

*In-house Counsel for Defendant Universal Music Group, Inc.*

**MCPHERSON LLP**

_/s/ Edwin F. McPherson_
Edwin F. McPherson
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
(310) 553-8833
Email: emcpherson@mcpherson-llp.com

*Attorney for Defendant 5B Artists + Media*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENT ELLIOTT WHITE,<br><br>        *Plaintiff*,<br><br>vs.<br><br>MEGADETH, INC., 5B ARTISTS + MEDIA, DAVE MUSTAINE, UNIVERSAL MUSIC GROUP, INC., JOHN DOE 1-5, DOE CORPORATIONS 1-5,<br><br>        *Defendants*. | Case No.: 1:23-CV-00861<br><br>**[PROPOSED] ORDER** |

The Court having received the Stipulation of Dismissal with Prejudice executed by plaintiff Brent Elliott White ("Plaintiff"), and defendants Megadeth, Inc., 5B Artists + Media, Dave Mustaine, and Universal Music Group, Inc. ("Defendants"), this action is hereby dismissed, in its entirety, with prejudice as to all named defendants, and with Plaintiff, on the one hand, and Defendants, on the other hand, to bear their respective attorneys' fees and costs.

Dated: _____

                                            Hon. Kiyo A. Matsumoto
                                        UNITED STATES DISTRICT JUDGE